UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                                           CIVIL NO: 1:23-CV-59-MPM-RP

SADE McFARLAND                                                        DEFENDANT

## DEFAULT JUDGMENT

The Defendant, Sade McFarland, having failed to appear, plead or otherwise defend in this action, and default having been entered on September 26, 2023, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Sade McFarland, in the amount of $46,759.61, plus interest on the judgment at the legal rate until the judgment is satisfied, and a separate filing fee of $402.00 to the Clerk of Court.

This the 15th day of December, 2023.

s/ David Crews
Clerk of Court   by: jla